# Court of Appeals, State of Michigan

## ORDER

People of MI v Willie Joseph Grimes

Docket No. 341417

LC No. 17-004669-01-FC

Kathleen Jansen
Presiding Judge

Patrick M. Meter

Elizabeth L. Gleicher
Judges

The Court orders that the motion to file a late answer is GRANTED and the answer filed with the motion is accepted.

The motion for reconsideration is GRANTED, and this Court's opinion issued April 23, 2019 is hereby VACATED. A new opinion will be issued.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN - 4 2019
_____
Date

_____
Chief Clerk